1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL,<br><br>　　　　Petitioner<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　Respondent. | Case No. EDCV 14-974-DDP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: _April 28, 2016

_____

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE